

July 7, 2020

1593 Spring Hill Road
Suite 600
Vienna, VA 22182

**VIA EMAIL**
**AND OVERNIGHT DELIVERY**

Mr. Burl Cain
Commissioner
Mississippi Department of Corrections
301 North Lamar Street
Jackson, MS 39201

Re: Notice of Termination for Convenience

Dear Commissioner Cain:

I write to convey the difficult decision Centurion of Mississippi, LLC (Centurion) has made to end its relationship with the Department. Pursuant to Amendment Two and as referenced in my letter dated June 30th, this letter serves as Centurion's 90-day written notice of termination for convenience, which would put the end date of the Contract at October 5, 2020. As our patients always have and will come first, we need to agree upon a mechanism and timeline by which we can transition services to your team or a third-party vendor, whichever the Department decides.

We are proud of the work we have achieved in partnership with the Department since Centurion was first brought in under an emergency contract in 2015. Among other achievements, we have improved on-site capabilities and training resulting in an 18 percent decrease in the number of unnecessary ER trips, significantly reduced over-prescription of certain narcotics by more than 20 percent, and developed a telepsychiatry program and a well-staffed face-to-face psychiatry program that provided almost 24,000 face-to-face appointments in 2019. However as we previously shared, we do not believe we can further improve the effectiveness of our level of care without additional investment from the Department in correctional staffing and infrastructure along the lines of what we have already recommended.

We understand that the Department may need a longer period to transition services, and we are open to discussions to extend this time, as required. However, it is important to Centurion that any extension to which the parties may agree must conclude on or before the current contract's end date of December 31, 2020.

As Centurion successfully proved in 2015, it is possible to take over these healthcare services under a short term emergency contract, which would then allow the Department to go through a more comprehensive RFP process, if it chooses. As you may be aware, three of Centurion's



EXHIBIT A

competitors have recently submitted open records requests for copies of our contract documents, so it appears there is interest in the industry to contract with the Department.

Regardless of what strategy the Department chooses, Centurion will work closely with you throughout this time to ensure a smooth transition of healthcare services. We appreciate the opportunity to have worked with the Department over the past five years to improve the lives of Mississippi's incarcerated population.

Sincerely,

Steven H. Wheeler
Chief Executive Officer
Phone: 703.749.4600
Email: SWheeler@TeamCenturion.com


Cc: Deputy Commissioner McDonald (via email)
    Deputy Commissioner McCarty (via email)